U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA, | § | |
| --- | --- | --- |
| Plaintiff, | § § § | |
| v. | § § | |
| BRIAN SWIENCINSKI, | § | CASE NO. 4:18-cr-00368 |
| SCOTT BREIMEISTER, | § | |
| VLADIMIR REDKO, | § | |
| CHRISTOPHER INCE, M.D., and | § | |
| RONNIE MCADA, JR. | § | |
| Defendants. | | |

**Defendant (3) Amended
Exhibit List
VLADIMIR REDKO**

| Exhibits | Description | Offered | Objection | Admitted |
| --- | --- | --- | --- | --- |
| DX REDKO 101 | Dan's Weekly Emails_7_15_13 | | | |
| DX REDKO 102 | Dan's Weekly Emails 7-18-13 | | | |
| DX REDKO 103 | Dan's Weekly Emails 7-19-13 | | | |
| DX REDKO 104 | Dan's Weekly Emails 7-26-13 | | | |
| DX REDKO 105 | Dan's Weekly Emails 8-3-13 | | | |
| DX REDKO 106 | Dan's Weekly Emails 8-10-13 | | | |
| DX REDKO 107 | Dan's Weekly Emails 8-16-13 | | | |
| DX REDKO 108 | Dan's Weekly Emails 9-13-13 | | | |
| DX REDKO 109 | Dan's Weekly Emails 9-20-13 | | | |
| DX REDKO 110 | Dan's Weekly Emails 10-25-13 | | | |
| DX REDKO 111 | Dan's Weekly Emails 11-1-13 | | | |
| DX REDKO 112 | Dan's Weekly Emails 11-9-13 | | | |
| DX REDKO 113 | Dan's Weekly Emails 11-15-13 | | | |
| DX REDKO 114 | Dan's Weekly Emails 11-23-13 | | | |
| DX REDKO 115 | Dan's Weekly Emails 11-28-13 | | | |
| DX REDKO 116 | Dan's Weekly Emails 12-7-13 | | | |
| DX REDKO 117 | Dan's Weekly Emails 12-16-13 | | | |
| DX REDKO 118 | Dan's Weekly Emails 12-21-13 | | | |
| DX REDKO 119 | Dan's Weekly Emails 1-11-14 | | | |
| DX REDKO 120 | Dan's Weekly Emails 1-18-14 | | | |
| DX REDKO 121 | Dan's Weekly Emails 1-25-14 | | | |
| DX REDKO 122 | Dan's Weekly Emails 2-2-14 | | | |

| Exhibits | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| DX REDKO 123 | Dan's Weekly Emails 2-8-14 | | | |
| DX REDKO 124 | Dan's Weekly Emails 2-14-14 | | | |
| DX REDKO 125 | Dan's Weekly Emails 2-24-14 | | | |
| DX REDKO 126 | Dan's Weekly Emails 3-7-14 | | | |
| DX REDKO 127 | Dan's Weekly Emails 3-22-14 | | | |
| DX REDKO 128 | Dan's Weekly Emails 3-31-14 | | | |
| DX REDKO 129 | Dan's Weekly Emails 4-7-14 | | | |
| DX REDKO 130 | Dan's Weekly Emails 4-14-14 | | | |
| DX REDKO 131 | Dan's Weekly Emails 5-10-14 | | | |
| DX REDKO 132 | Dan's Weekly Emails 5-17-14 | | | |
| DX REDKO 133 | Dan's Weekly Emails 5-24-14 | | | |
| DX REDKO 134 | Dan's Weekly Emails 5-30-14 | | | |
| DX REDKO 135 | Dan's Weekly Emails 6-13-14 | | | |
| DX REDKO 136 | Dan's Weekly Emails 6-20-14 | | | |
| DX REDKO 137 | Dan's Weekly Emails 6-27-14 | | | |
| DX REDKO 201 | Management Committee Meeting Minutes_6_3_14 | | | |
| DX REDKO 202 | Management Committee Emails_Carr.6_9_14 (6_3_14 meeting minutes) (1) | | | |
| DX REDKO 203 | MGMT MTG EMAIL6-10-14 | | | |
| DX REDKO 204 | MGMT MTG minutes 6-10-14 | | | |
| DX REDKO 205 | MGMT MTG email 6-17-14 | | | |
| DX REDKO 206 | Attachment 1 to Carr's Email of 6_17_14 | | | |
| DX REDKO 207 | Attachment 2 to Carr's email of 6_17_14 | | | |
| DX REDKO 208 | Attachment 3 to Carr's email of 6_17_14 | | | |
| DX REDKO 209 | Attachment 4 to Carr's Email of 6_17_14 | | | |
| DX REDKO 210 | Attachment 5 to Carr's email of 6_17_14 | | | |
| DX REDKO 211 | Meeting Minutes_6_17_14 | | | |
| DX REDKO 212 | MGMT MTG email 6-20-14 | | | |
| DX REDKO 213 | MGMT MTG email 6-23-14 | | | |
| DX REDKO 214 | MGMT MTG minutes_6_24_14 | | | |
| DX REDKO 215 | MGMT MTG email 6-30-14 | | | |
| DX REDKO 216 | MGMT MTG email 7-14-14 | | | |

| Exhibits | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| DX REDKO 217 | MGMT MTG email 8-18-14 | | | |
| DX REDKO 218 | MGMT MTG email 10-6-14 | | | |
| DX REDKO 219 | MGMT MTG email 10-7-14 | | | |
| DX REDKO 220 | MGMT MTG email 10-27-14 | | | |
| DX REDKO 221 | MGMT MTG email 1-13-15 | | | |
| DX REDKO 222 | MGMT MTG email 1-26-15 | | | |
| DX REDKO 223 | Attachment to Carr's email of 1_26_15 | | | |
| DX REDKO 224 | MGMT MTG email 2-9-15 | | | |
| DX REDKO 225 | LEO CARR EMAIL to SCOTT BREITMEISTER 2-11-15 | | | |
| DX REDKO 226 | 150211A - Attachment to Leonard Carr's 2_11_2015 Email | | | |
| DX REDKO 227 | MGMT MTG 2-24-15 | | | |
| DX REDKO 228 | MGMT MTG email 3-9-15 | | | |
| DX REDKO 229 | MGMT MTG email 3-10-15 | | | |
| DX REDKO 230 | MGMT MTG email 4-14-15 | | | |
| DX REDKO 231 | MGMT MTG email 4-21-15 | | | |
| DX REDKO 232 | MGMT MTG email 5-4-15 | | | |
| DX REDKO 233 | MGMT MTG email 5-7-15 | | | |
| DX REDKO 234 | MGMT MTG email 5-26-15 | | | |
| DX REDKO 301 | Buckingham Email to Brian Forwarding Dan's Email_1_21_14 | | | |
| DX REDKO 302 | Attachment to 1_21_14 10_43 p.m. Email | | | |
| DX REDKO 303 | Buckingham Info_012114 | | | |
| DX REDKO 304 | Email from Jim Buckingham to Brian Swiencinski_4_7_2014 | | | |
| DX REDKO 305 | Attachment to 4_7_14 Email 936 p.m. | | | |
| DX REDKO 306 | Buckingam Email to Brian and Dan_4_15_14 | | | |
| DX REDKO 307 | Buckingham Email to Dan and Brian_4_17_14 | | | |
| DX REDKO 308 | Buckingham Email to Dan and Brian_5_2_14 | | | |
| DX REDKO 309 | Buckingham Email to Dan and Brian_5_13_14 | | | |
| DX REDKO 310 | Attachmemt to 5_13_14 3_32 p.m. | | | |

| Exhibits | Description | Offered | Objection | Admitted |
| --- | --- | --- | --- | --- |
|  | Email |  |  |  |
| DX REDKO 311 | Buckingham Email to Dan_Brian_7_14_14 |  |  |  |
| DX REDKO 401 | Email from Terry Brickman to Brian Swiencinski_12_2_13 |  |  |  |
| DX REDKO 402 | 171805_217276_Email Attachment |  |  |  |
| DX REDKO 403 | 171805_217272_Email Attachment |  |  |  |
| DX REDKO 404 | EMAIL Brickman to Brian 6-23-14 |  |  |  |
| DX REDKO 405 | Terry Brickman Email to Brian Swiencinski_6_26_14 |  |  |  |
| DX REDKO 406 | EMAIL chain Brian to_from Brickman 7-3-14 |  |  |  |
| DX REDKO 407 | Brickman to Brian and Dan_7_9_14 |  |  |  |
| DX REDKO 408 | EMAIL Brickman to Brian and Dan 7-21-14 |  |  |  |
| DX REDKO 409 | Attachment to 7_21_14 Email |  |  |  |
| DX REDKO 410 | EMAIL2 Brickman to Brian and Dan 7-21-14 |  |  |  |
| DX REDKO 411 | EMAI Dan to Brickman and Brian 7-22-14 |  |  |  |
| DX REDKO 412 | EMAIL Brickman to Dan and Brian 8-18-14 |  |  |  |
| DX REDKO 413 | Attachment 1_08_18_14 Email |  |  |  |
| DX REDKO 414 | Attachment 2_8_18_14 Email |  |  |  |
| DX REDKO 415 | Attachment 3_8_18_Email |  |  |  |
| DX REDKO 416 | Attachment 4_8_18_14 Email |  |  |  |
| DX REDKO 417 | Brickman Email to_Pam_Brian_8_25_14 |  |  |  |
| DX REDKO 418 | Attachment to 8_25_14 Email |  |  |  |
| DX REDKO 419 | Brickman Email to Pam Bailey and Brian Swienciski_9_19_14 |  |  |  |
| DX REDKO 420 | Terry Brickman Email to Brian Swiencinski_3_01_2015 |  |  |  |
| DX REDKO 501 | Email from Dan Milosevic to Brian Swiencinski_8_1_13 |  |  |  |
| DX REDKO 502 | Email from Brian Swiencinski to Dan Milosevic_12_3_13 |  |  |  |
| DX REDKO 503 | 171805_217272_Email Attachment |  |  |  |

| Exhibits | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| DX REDKO 504 | 171805_217276_Email Attachment | | | |
| DX REDKO 505 | EMAIL Brian to Dan 12-13-13 | | | |
| DX REDKO 506 | Brian Swiencinski to Dan Milosevic_12_19_13 | | | |
| DX REDKO 507 | Dan Milosevic Email to Brian Swiencinski_1_13_14 | | | |
| DX REDKO 508 | Email from Brian Swiencinski to Dan Milosevic_1_30_14 | | | |
| DX REDKO 509 | Email from Brian Swiencinski to Dan Milosevic_2_20_14 | | | |
| DX REDKO 510 | Email from Brian Swiencinski to Dan Milosevic_3_20_14 | | | |
| DX REDKO 511 | Attachment to 3_20_14 Email | | | |
| DX REDKO 512 | Email from Brian Swiencinski to Dan Milosevic_2_25_15 | | | |
| DX REDKO 513 | Email from Brian Swiencinski to Dan Milosevic_9_16_14 | | | |
| DX REDKO 514 | attachment to 9_16_14 Email | | | |
| DX REDKO 515 | EMAIL Dan to Brian 9-16-14 | | | |
| DX REDKO 516 | EMAIL Brian to Dan 8-19-14 | | | |
| DX REDKO 517 | Email from Dan Milosevic to Brian Swiencinski_8_1_14 | | | |
| DX REDKO 518 | Attachment to 7_15_14 email | | | |
| DX REDKO 519 | Email from Dan Milosevic to Brian Swiencinski_7_15_14 | | | |
| DX REDKO 520 | Email from Dan Milosevic to Brian Swiencinski_6_24_2014 | | | |
| DX REDKO 521 | Attachment to 5_15_14 Email | | | |
| DX REDKO 522 | Email from Dan Milosevic to Brian Swiencinski_5_15_14 | | | |
| DX REDKO 523 | Attachment to 4_14_14 Email | | | |
| DX REDKO 524 | Email from Dan Milosevic to Brian Swiencinski_4_14_14 | | | |
| DX REDKO 525 | EMAIL Dan to Brian 4-3-14 | | | |
| DX REDKO 526 | EMAIL Dan to Brian 3-28-14 | | | |
| DX REDKO 527 | Amy_to_Dan_Email | | | |
| DX REDKO 528 | Dejan Lazic Script 2_27_14 | | | |
| DX REDKO 529 | Vila Milosevic script_2_27_14 | | | |

| Exhibits | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| DX REDKO 530 | Dejan Lazic_1_13_2014 script | | | |
| DX REDKO 601 | Pam Bailey Email to Brian Swiencinski_2_25_14 | | | |
| DX REDKO 602 | Pam Bailey Email to Brian Swiencinski_8_25_14 | | | |
| DX REDKO 603 | Pam Bailey Email to Pharmacy Staff_9_17_2014 | | | |
| DX REDKO 604 | Brickman Email to Pam Bailey and Brian Swienciski_9_19_14 | | | |
| DX REDKO 605 | Pam Bailey Email to Brian Swiencinski_10_9_14 | | | |
| DX REDKO 606 | Pam Bailey Email to Brian Swiencinski_10_10_14 | | | |
| DX REDKO 610 | Brian Swiencinski to Pam and Leo_12_30_14 | | | |
| DX REDKO 611 | Pam Bailey Email to Brian Swiencinski_12_30_2014 | | | |
| DX REDKO 612 | Brian Swiencisnki Email to Pam Bailey_8_15_15 | | | |
| DX REDKO 613 | 8_27_15_Email from Pam Bailey to Pharmacy Staff (1) | | | |
| DX REDKO 614 | Pam Bailey Email to Brian Swiencinski_8_29_15 | | | |
| DX REDKO 701 | Email from Scott Breimeister to Dr. Redko_3_2_15 | | | |
| DX REDKO 702 | Email from Scott Breimeister to Dr. Redko_3_3_15 | | | |
| DX REDKO 703 | Attachment 1 to 3_3_15 Email | | | |
| DX REDKO 704 | Scott Breimeister to Dr. Redko_3-3_15 856 pm GMT | | | |
| DX REDKO 705 | Scott Breimeister to Stacy Mayeur and Dr. Redko_3_3_2015 | | | |
| DX REDKO 801 | Assignment of Common Stock- Redko to Breimeister- AMP | | | |
| DX REDKO 802 | Assignment of Common Stock- Redko to Carr- AMP | | | |
| DX REDKO 803 | Assignment of Common Stock- Redko to Swiencinski- AMP | | | |

| Exhibits | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| DX REDKO 804 | Purchase and Sale Agreement- Redko to Breimeister-AMP | | | |
| DX REDKO 805 | Purchase and Sale Agreement- Redko to Carr-AMP | | | |
| DX REDKO 901 | Pam Bailey Email to Illeana Djuic_7_22_2013 | | | |
| DX REDKO 902 | Email from Dr. Redko to Srdjan Nedelijkovic_6_22_14 | | | |
| DX REDKO 1001 | Dr. Redko Pump Patients from Redko laptop | | | |
| DX REDKO 1002 | Red River Pain Management from Redko laptop | | | |
| DX REDKO 1003 | History and Physical Damico from Redko laptop | | | |
| DX REDKO 1004 | Medtronic Actively Supported Patients from Redko laptop | | | |
| DX REDKO 1101 | BIRDWELL HISTORY AND PHYSICAL | | | |
| DX REDKO 1102 | BROWN MICHAEL HISTORY AND PHYSICA GENERAL | | | |
| DX REDKO 1103 | RHODEN ALICE HISTORY AND PHYSICA GENERAL | | | |
| DX REDKO 1201 | Exhibit 1 from Larry Jones report (Exb. B-1) | | | |
| DX REDKO 1202 | Exhibit 2 from Jones report (Exh. E) | | | |
| DX REDKO 1203 | Exhibit 3 from Jones report (Exh. E1) | | | |
| DX REDKO 1204 | Exhibit 4 from Jones report (Exh. F) | | | |
| DX REDKO 1205 | Exhibit 5 from Jones report (Exh. G) | | | |
| DX REDKO 1206 | Exhibit 6 from Jones report (Exh. H) | | | |
| DX REDKO 1207 | C000376-A1 - Lenovo Photos and COC | | | |
| DX REDKO 1208 | C000376-A3 - Lexar Photos and COC | | | |
| DX REDKO 1209 | Larry Jones Expert Report | | | |
| DX REDKO 1210 | Larry Jones Expert Report Exhibits | | | |
| DX REDKO 1211 | C376_Supplemental Expert Report_11-1-2022 | | | |

| Exhibits | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| DX REDKO 1212 | S-2, Lenovo_Accessed Patient Files_USB Detective | | | |
| DX REDKO 1213 | S-1 _Lenovo_Patient_FileList_FTK | | | |
| DX REDKO 1301 | 2012 Individual US Tax Return_Redacted | | | |
| DX REDKO 1302 | US Redko Family Ltd Tax Return 2012_Redacted | | | |
| DX REDKO 1303 | 2013 Individual US Tax Return_Redacted | | | |
| DX REDKO 1304 | US Redko Family Ltd Tax Return 2013_Redacted | | | |
| DX REDKO 1305 | Affidavit Executed | | | |
| DX REDKO 1401 | METHODIST B12 supplements 1 | | | |
| DX REDKO 1402 | METHODIST baclofen cream Rx | | | |
| DX REDKO 1403 | METHODIST gabapentin cream Rx | | | |
| DX REDKO 1404 | METHODIST Gabapentin full screen 1 | | | |
| DX REDKO 1405 | METHODIST gabapentin SCAR CREAM | | | |
| DX REDKO 1406 | IMG_6137 | | | |

Respectfully submitted,

/s/ Jim E. Lavine
Jim E. Lavine
Texas State Bar No. 12000300
Attorney in Charge
Zimmerman Lavine &amp; Zimmeman, P.C.
770 South Post Oak Lane, Suite 620
Houston, Texas 77056
(713) 552-0300
Email: jim.lavine@zlzslaw.com

/s/ Brent E. Newton
Brent E. Newton
Texas State Bar No. 00788155
Gerger, Hennessy &amp; Martin LLP
700 Louisiana, Suite 2300
Houston, Texas 77002
(713) 224-4400
Email: bnewton@ghmfirm.com

**CERTIFICATE OF SERVICE**

      A copy of this reply was served the day of filing on counsel of record by electronic mail from the Clerk of Court via the CM/ECF system.

                                                   /s/ Brent E. Newton
                                                   Brent E. Newton