IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CRIMINAL NO. 4:18-cr-368-3 |
| VLADIMIR REDKO, M.D. | § § | |

## ORDER

Defendant Vladimir Redko's motion in limine concerning Government Exhibits 29, 212, 218, 221, 223, 664, 1012, and 1138 is GRANTED. Before the government seeks to admit those exhibits and offer testimony related to any them, the government must first permit a ruling by the Court on the admissibility of the exhibits based on the grounds of objection made in the defendant's motion in limine.

It is so ordered on this ___ day of November, 2022.

_____
ALFRED H. BENNETT
United Stated District Judge