U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| BRIAN SWIENCINSKI, | § | CASE NO. 4:18-cr-00368 |
| SCOTT BREIMEISTER, | § | |
| VLADIMIR REDKO, | § | |
| CHRISTOPHER INCE, M.D., and | § | |
| RONNIE MCADA, JR. | § | |
| Defendants. | | |

**Defendant (3) Supplemental
Exhibit List
VLADIMIR REDKO**

| Exhibits | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| DX REDKO 1501 | Paul Vorisek's handwritten notes | | | |
| DX REDKO 1502 | Brian Swiencinski's 03282014 email to Dan Milosevic, with Vorisek's notes attached | | | |
| DX REDKO 1505 | Pam Bailey 7_12-2013_Email_Today's Breakdown | | | |
| DX REDKO 1506 | Breiemeister's July 15, 2013 Email to LPlotsky (Copying Dr. REDKO) | | | |
| DX REDKO 1507 | Chintalapally_4_5_13_Email to Branco Milosevic_Copying Dr. REDKO | | | |
| DX REDKO 1508 | Dr. REDKO to Breimeister Email_March 24, 2014 | | | |
| DX REDKO 1509 | Breimeister to Portia King Email_10_6_2015 | | | |
| DX REDKO 1510 | Brad M to Brian D_3_2_15 | | | |
| DX REDKO 1511 | Attachment to Brad Madrid's 3_2_15 Email to Brian S | | | |
| DX REDKO 1512 | 3_9_15_Dan M to Brian S Email | | | |
| DX REDKO 1513 | Attachment to Brian S's 3_9_15 Email to Dan M | | | |
| DX REDKO 1601 | Mayeur Cross Power Point | | | |
| DX REDKO 1602 | Pam Bailey Signature PPT | | | |

Respectfully submitted,

/s/ Jim E. Lavine
Jim E. Lavine
Texas State Bar No. 12000300
Attorney in Charge
Zimmerman Lavine &amp; Zimmeman, P.C.
770 South Post Oak Lane, Suite 620
Houston, Texas 77056
(713) 552-0300
Email: jim.lavine@zlzslaw.com

/s/ Brent E. Newton
Brent E. Newton
Texas State Bar No. 00788155
Gerger, Hennessy &amp; Martin LLP
700 Louisiana, Suite 2300
Houston, Texas 77002
(713) 224-4400
Email: bnewton@ghmfirm.com

**CERTIFICATE OF SERVICE**

      A copy of this reply was served the day of filing on counsel of record by electronic mail from the Clerk of Court via the CM/ECF system.

                                                <u>/s/ Brent E. Newton</u>
                                                Brent E. Newton