UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.  § | Criminal No. 18-CR-368 |
| § | UNDER SEAL |
| VLADIMIR REDKO, M.D.  § | |
| § | |
| Defendant.  § | |

**UNITED STATES' MOTION FOR LEAVE TO DISMISS SUPERSEDING INDICTMENT AS TO DEFENDANT VLADIMIR REDKO, M.D.**

The United States of America, by and through its attorneys, Alamdar S. Hamdani, the United States Attorney for the Southern District of Texas, and Glenn S. Leon, Chief of the Fraud Section of the Criminal Division of the United States Department of Justice, respectfully move for an order dismissing, with prejudice, Counts 1, 5, 6, 7, 12, 13, and 14 of the Superseding Indictment as to Defendant Vladimir Redko, M.D., under Rule 48(a) of the Federal Rules of Criminal Procedure.

The government submits that dismissal with prejudice serves the interest of justice.

The government has conferred with the defendant, who consents to dismissal of this case with prejudice.

Respectfully submitted,

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

GLENN S. LEON
CHIEF, FRAUD SECTION
CRIMINAL DIVISION

By: /s/ Aleza Remis
    Aleza Remis
    Assistant Chief
    Devon Helfmeyer
    Katherine Raut
    Trial Attorneys
    Fraud Section, Criminal Division
    United States Department of Justice
    1000 Louisiana Street, 23rd Floor
    Houston, Texas 77002
    (713) 567-9406
    Aleza.remis@usdoj.gov

**CERTIFICATE OF SERVICE**

I, Aleza Remis, hereby certify that on December 12, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all parties of interest.

/s/ Aleza Remis
Aleza Remis
Assistant Chief