# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.   § | Criminal No. 18-CR-368 |
| § | |
| VLADIMIR REDKO, M.D., § | |
| § | |
| Defendant.   § | |

## ORDER TO DISMISS

On December 12, 2022, the United States moved to dismiss with prejudice Counts 1, 5, 6, 7, 12, 13, and 14 of the Superseding Indictment against Defendant Vladimir Redko, M.D. Dkt. No. 384. On December 13, 2022, this Court orally granted the United States' Motion to Dismiss with prejudice.

The Court now issues this written Order in conformance with its oral Order. Accordingly, this Court GRANTS the United States' Motion to Dismiss and hereby dismisses with prejudice all counts in the Superseding Indictment, the operative charging document, and the Indictment, against Vladimir Redko, M.D.

It is so ORDERED.

_____          _____
Date                                                                                       The Honorable Alfred H. Bennett
                                                                                                  United States District Judge

1