United States District Court
Southern District of Texas
**ENTERED**
April 06, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.  § | Criminal No. 18-CR-368 |
| § | |
| VLADIMIR REDKO, M.D., § | |
| § | |
| Defendant.  § | |

## ORDER TO DISMISS

On December 12, 2022, the United States moved to dismiss with prejudice Counts 1, 5, 6, 7, 12, 13, and 14 of the Superseding Indictment against Defendant Vladimir Redko, M.D. Dkt. No. 384. On December 13, 2022, this Court orally granted the United States' Motion to Dismiss with prejudice.

The Court now issues this written Order in conformance with its oral Order. Accordingly, this Court GRANTS the United States' Motion to Dismiss and hereby dismisses with prejudice all counts in the Superseding Indictment, the operative charging document, and the Indictment, against Vladimir Redko, M.D.

It is so ORDERED.

April 6, 2023
Date

_____
The Honorable Alfred H. Bennett
United States District Judge

1